UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARK MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:17 CV 1000 CDP |
| | ) | |
| MICHAEL THOMAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER OF STAY**

To facilitate the settlement of this case,

**IT IS HEREBY ORDERED** that the joint motion to vacate case management order [98] is granted as follows: **all deadlines in this case are stayed until June 3, 2019.**

**IT IS FURTHER ORDERED** that the parties shall file joint status reports every thirty days informing the Court on the progress of settlement, with the first status report being due on **December 3, 2018**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of November, 2018.