UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARK MARTIN, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 4:17 CV 1000 CDP |
| MICHAEL THOMAS, et al., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

As discussed with counsel during today's status conference,

**IT IS HEREBY ORDERED** that the request for extension of time to complete settlement [112] is granted as follows: **all deadlines in this case remain stayed pending further Order of this Court.**

**IT IS FURTHER ORDERED** that this matter is set for a telephone status conference on **August 6, 2019 at 10:00 a.m**. **Plaintiff's counsel is responsible for placing the call and having all parties on the line before contacting my chambers at 314-244-7520.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of June, 2019.