UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MARK MARTIN,                              )
                                         )
          Plaintiff,                     )
                                         )
     vs.                                 )          Case No. 4:17 CV 1000 CDP
                                         )
MICHAEL THOMAS, et al.,                  )
                                         )
          Defendants.                    )

## MEMORANDUM AND ORDER

As discussed with counsel during today's status conference,

**IT IS HEREBY ORDERED** that this case remains stayed until **November 30, 2019.**

**IT IS FURTHER ORDERED** that the parties shall file a joint status report no later than **September 5, 2019**, with additional joint reports to be filed every 30 days thereafter.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of August, 2019.